# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tex Hall et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Tesoro High Plains Pipeline ) | |
| Company, LLC, Tesoro Logistics ) | |
| GP, LLC, Tesoro Companies, Inc. ) | |
| (Tesoro) a/k/a Andeavor, and ) | Case no. 1:18-cv-217 |
| Andeavor Logisticis, LP, ) | |
| ) | |
| Defendants. ) | |

On February 20, 2020, the parties filed a "Joint Motion for Entry of Stipulated Briefing Schedule for Plaintiffs' Motion for Class Certification, to Appoint Class Representative, and to Appoint Class Counsel."

The court **GRANTS** the motion (Doc. No. 47). Should the Motion to Dismiss grounds be denied such that this matter proceeds past the dispositive motion stage, the parties will meet and confer pursuant to Rule 26(f) within fourteen (14) days of the Court's ruling on the Motion to Dismiss, and will submit a Proposed Scheduling Order within twenty-one (21) days of the Court's ruling. The Proposed Scheduling Order will further provide for:

    a.    a period for disclosures and depositions of experts on class certification issues to include:

        i.    Plaintiffs' expert disclosures for class certification required by Federal Rule of Civil Procedure 26(a)(2), including Plaintiffs' expert reports, due at least six months after the Court's ruling on the Motion

1

to Dismiss,

ii. Defendants' expert disclosures for class certification required by Federal Rule of Civil Procedure 26(a)(2), including Defendants' expert reports, due 45 days after Plaintiffs' expert disclosure deadline, and

iii. Expert depositions to be completed within 30 days after the respective expert disclosure deadlines;

b. a briefing schedule for Plaintiffs' Certification Motion to include:

i. Plaintiffs' deadline to file any supplements or amendments to its Certification Motion to coincide with Plaintiffs' deadline to complete class certification expert depositions,

ii. Defendants' deadline to file a response to the Certification Motion (and any supplements or amendments thereto) within 60 days after Plaintiffs' deadline to file any such supplements or amendments, and

iii. Plaintiffs' deadline to file a reply in support of its Certification Motion within 30 days after Defendants' deadline to file a response to such motion.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2020.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court