# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-1935

_____

Tex G. Hall, Individually on behalf of The Fort Berthold Allottee Land and Mineral Owners Association; Melanie Brugh-Johnson; Vernita Finley; All other similarly situated Allottees, on the Fort Berthold Indian Reservation, McKenzie and Dunn Counties, North Dakota

Plaintiffs - Appellants

v.

Tesoro High Plains Pipeline Company, LLC; Tesoro Logistics GP, LLC; Tesoro Companies, Inc., (Tesoro), also known as Andeavor, also known as Andeavor Logistics, L.P.; Andeaver Logistics, LP

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:18-cv-00217-DMT)

_____

**JUDGMENT**

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 21, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans